under section 878 of the Civil Practice Act an injunction was proper as affecting plaintiff's rights respecting the stock which is the subject of the action. Motion to vacate granted.

ETTA AYERVAIS, Respondent, v. AARON REUBEN and REUBEN'S, THAT'S ALL. INC., Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the January, 1930, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent thirty dollars costs within five days from the service of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

C. DRAGO CONSTRUCTION COMPANY, INC., Respondent, v. C. CARRATURO CONTRACTING CO., INC., Appellant, and COLUMBIA CASUALTY COMPANY, INC., Defendant.— Motion for stay granted. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

GODFREY T. FIRTH, as Administrator, etc., of CURTIS B. FIRTH, Deceased, Respondent, v. EMANUEL CUZZI and FRANK CUZZI, Doing Business under the Firm Name and Style of CUZZI BROTHERS, and Others, Appellants.— Motion of appellants Ottman and Holland for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

GODFREY T. FIRTH, as Administrator, etc., of CURTIS B. FIRTH, Deceased, Respondent, v. EMANUEL CUZZI and FRANK CUZZI, Doing Business under the Firm Name and Style of CUZZI BROTHERS, and Others, Appellants.— Motion of appellants Cuzzi for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Stay continued for thirty days to enable said appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

JOSEPH GINSBURG, Plaintiff, v. MATZ AND VAIL, INC., and Others, Defendants. GEORGE I. CULLMER, Appellant, v. JEANNE MARION DOANE, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1930, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

GRACE GOLDSTONE, Respondent, v. YELLOW TAXI CORPORATION, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

In the Matter of the Application of BENIE ASKOVITZ and I. SEITMAN, Copartners, etc., Respondents. ELIA GABAY, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the January, 1930, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

In the Matter of the Judicial Settlement of the Account of HENRY B. FULLER and Others, Executors, etc., of CELIA K. FULLER, Deceased. HENRY B. FULLER, Appellant; OTTILLIE N. DANNEMAN and JULIA M. NAUMANN, as Executors, etc., of CELIA K. FULLER, Deceased, Respondents.— Motion for reargument denied, with ten dollars costs. Rich, Young, Kapper and Carswell, JJ., concur; Lazansky, P. J., dissents.